# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADOBE SYSTEMS INCORPORATED, a Delaware Corporation,<br><br>Plaintiff,<br><br>v.<br><br>EVALUESOFTWARE.COM, LLC, a Nevada Limited Liability Company; JUSTIN CATES, an Individual; and DOES 1-10, Inclusive,<br><br>Defendants. | Case No.: CV13-04078 SI<br><br>**[PROPOSED] ORDER GRANTING STIPULATED REQUEST TO RE-SCHEDULE CASE MANAGEMENT CONFERENCE**<br><br>Current CMC:   December 13, 2013<br>[~~Proposed~~] CMC:  TBD<br><br>Honorable Susan Illston<br>Courtroom 10 |

The Court, having read and considered the Stipulated Request to Re-Schedule Case Management Conference filed by Plaintiff Adobe Systems Incorporated ("Plaintiff") and Defendants eVauleSoftware.com, LLC and Justin Cates ("Defendants"), and good cause being found, hereby GRANTS the stipulated request.

1   IT IS HEREBY ORDERED that the Case Management Conference presently scheduled
2  on December 13, 2013 shall be continued to a date to be determined by the Court.
3   IT IS HEREBY FURTHER ORDERED that Defendants shall have up to and including
4  January 17, 2014 to file their response to Plaintiff's Complaint, which may include motions to
5  transfer venue and/or to dismiss the action.

7  DATED: December __9__, 2013

8   By: _____
9   Honorable Susan Illston
    United States District Court Judge
10   Northern District of California

11   The initial case management conference is continued to 2/28/14 at 2:30 p.m.

**PROOF OF SERVICE**

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is Johnson & Pham 6355 Topanga Canyon Blvd., Suite 326, Woodland Hills, CA 91367. On December 6, 2013, I served the within document(s):

**[PROPOSED] ORDER**

☐ FACSIMILE - by transmitting via facsimile the document(s) listed above to the fax number(s) set forth on the attached Telecommunications Cover Page(s) on this date before 5:00 p.m.

☒ MAIL - by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Los Angeles, California addressed as set forth below.

☐ PERSONAL SERVICE - by personally delivering the document(s) listed above to the person(s) at the address(es) set forth below.

☐ CM/ECF - by electronically transmitting the document(s) listed above to:

**William J. Frimel, Esq.**
**Bill@hsfllp.com**
**Heffernan Seubert & French, LLP**
**1075 Curtis Street**
**Menlo Park, CA 94025**

I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on December 6, 2013, at Los Angeles, California.

_____/s/_____
Evelyn Ruano