Agreement Id: 4400411621

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADOBE SYSTEMS INCORPORATED, a Delaware Corporation,<br><br>Plaintiff,<br><br>v.<br><br>EVALUESOFTWARE.COM, LLC, a Nevada Limited Liability Company; JUSTIN CATES, an Individual; and DOES 1-10, Inclusive,<br><br>Defendants. | Case No.: CV13-04078 SI<br><br>[~~PROPOSED~~] PERMANENT INJUNCTION AGAINST DEFENDANTS EVALUESOFTWARE.COM, LLC AND JUSTIN CATES AND DISMISSAL OF ENTIRE ACTION WITH PREJUDICE<br><br>Honorable Susan Illston<br>Courtroom 10 |

The Court, pursuant to the Stipulation for Entry of Permanent Injunction and Dismissal of entire Action, with prejudice ("Stipulation"), between Plaintiff Adobe Systems Incorporated ("Plaintiff" and/or "Adobe"), on the one hand, and Defendants eValueSoftware.com, LLC ("eValue") and Justin Cates ("Cates") (collectively, "Defendants"), on the other hand, hereby ORDERS, ADJUDICATES and DEGREES that a permanent injunction shall be and hereby is entered against Defendants as follows:

Agreement Id: 4400411621

1. **PERMANENT INJUNCTION.** Defendants eValue and Cates and any person or entity acting in concert with, or at its direction, including any and all officers, directors, agents, servants, employees, and any others over which it may exercise control, are hereby restrained and enjoined, from engaging in, directly or indirectly, or authorizing or assisting any third party to engage in, any of the following activities:

   a. importing, exporting, marketing, selling, offering for sale, distributing or dealing in any product or service that uses, any of Plaintiff's Trademarks and/or Plaintiff's Copyrights, including but not limited to ADOBE® ACROBAT® marks and works;

   b. except for personal use with a valid user license, importing, exporting, downloading, uploading, marketing, selling, offering for sale, distributing or dealing in any activation codes, keys, or serial numbers relating to any of Plaintiff's Trademarks and/or Plaintiff's Copyrights, including but not limited to ADOBE® ACROBAT® marks and works;

   c. importing, exporting, marketing, selling, offering for sale, distributing or dealing in any product or service that uses, or otherwise making any use of, any of Original Equipment Manufacturer ("OEM"), educational, government, or Adobe Employee Software Purchasing Program software, activation keys, code, or serial numbers relating to Plaintiff's Trademarks and Plaitniff's Copyrights, including but not limited to ADOBE® ACROBAT® marks and works; and

   d. using any Internet domain name that includes any of Plaintiff's Trademarks and/or Plaintiff's Copyrights, including the ADOBE® ACROBAT® marks and works.

2. If Plaintiff believes Defendants have acted in a manner contrary to the terms of this Permanent Injunction, Plaintiff shall first provide Defendants with notice of such belief. Said notice shall include specific details so that Defendants can cure the alleged conduct in the event the alleged conduct is a breach of this Permanent Injunction. In addition, said notice shall be provided to Defendants through its counsel and sent by email and overnight delivery. In the event that the alleged conduct is a breach of this Permanent Injunction, Defendant shall have ten (10) non-holiday weekdays from its counsel's receipt of the overnight delivery of Plaintiff's

Agreement Id: 4400411621

1 notice to cure the alleged conduct. If the alleged conduct has not been corrected within the cure
2 period, Plaintiff may seek relief through the Court in addition to seeking remedies and damages
3 under any other rights Plaintiff may have, which the parties acknowledge are fully reserved.
4 Notwithstanding the foregoing, Plaintiff's obligation to first provide Defendants with notice and
5 an opportunity to cure shall only apply to the first instance of breach of this Permanent
6 Injunction. As such, after one single notice to each Defendant regarding actual breach(es) of
7 this Permanent Injunction, Plaintiff may seek immediate relief without any further notice to said
8 Defendant(s), including seeking *ex parte* relief.

9  3. This Permanent Injunction shall be deemed to have been served upon Defendants
10 at the time of its execution and entry by the Court.

11 4. Plaintiff alleges that it has no adequate remedy at law for the acts of Defendants
12 complained of in this action, as injury to Plaintiff's reputation and goodwill cannot be quantified
13 and such injury cannot be compensated by monetary amounts.

14 5. **NO APPEALS AND CONTINUING JURISDICTION.** No appeals shall be
15 taken from this Permanent Injunction and Dismissal, and the parties waive all rights to appeal.
16 This Court shall expressly retain jurisdiction over this matter to enforce any violation of the
17 terms of this Permanent Injunction and Dismissal or the separate confidential settlement
18 agreement by and between Plaintiff and Defendants.

19 6. **NO FEES AND COSTS.** Each party shall bear its/his own attorneys' fees and
20 costs incurred in this matter.

21 ///
22 ///
23 ///

Agreement Id: 4400411621

7. <u>DISMISSAL OF ENTIRE ACTION, WITH PREJUDICE.</u> This case is hereby dismissed as to Defendants in its entirety, with prejudice.

IT IS SO ORDERED, ADJUDICATED and DECREED this ___ day of May, 2014

By: _____
HONORABLE SUSAN ILLSTON
United States District Court Judge
Northern District of California

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a copy of the foregoing **[PROPOSED] PERMANENT INJUNCTION AGAINST DEFENDANTS EVALUESOFTWARE.COM, LLC AND JUSTIN CATES AND DISMISSAL OF ENTIRE ACTION WITH PREJUDICE** was electronically filed with the Clerk of the Court using ECF which will send notification and a copy of such filing to the following:

| | |
|---|---|
| **EVALUESOFTWARE.COM, LLC**<br>c/o Bill Frimel, Esq.<br>bill@hsfllp.com<br>Heffernan Seubert & French, LLP<br>1075 Curtis Street<br>Menlo Park, CA 94025 | **JUSTIN CATES**<br>c/o Bill Frimel, Esq.<br>bill@hsfllp.com<br>Heffernan Seubert & French, LLP<br>1075 Curtis Street<br>Menlo Park, CA 94025 |

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on July 10, 2014, at Woodland Hills, California.

_____
Evelyn Ruano