IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADOBE SYSTEMS INCORPORATED,<br><br>    Plaintiff,<br><br>    v.<br><br>eVALUESOFTWARE.COM, LLC; JUSTIN CATES,<br><br>    Defendants. | Case No. CV 13-04078 SI<br><br>**ORDER TO SHOW CAUSE** |

On September 3, 2013, plaintiff Adobe Systems Inc. ("Adobe") filed a complaint against defendants eValueSoftware.com, LLC ("eValue") and Justin Cates, alleging causes of action for: (1) federal trademark infringement; (2) false designation of origin / false or misleading advertising / unfair competition; (3) trademark dilution; (4) federal copyright infringement; (5) unlawful, unfair, and fraudulent business practices under California's Unfair Competition Law; and (6) breach of contract. Docket No. 1, Compl. On November 18, 2013, defendants eValue and Justin Cates waived service. Docket Nos. 16, 17.

On February 3, 2014, the Court granted plaintiff Adobe and defendant eValue's stipulation for a preliminary injunction against eValue. Docket No. 21. On May 16, 2014, plaintiff Adobe filed a notice of conditional settlement, stating that the parties had reached a settlement in the action. Docket No. 25. In light of the settlement, the Court dismissed the action with prejudice on May 19, 2014. Docket No. 26.

On July 10, 2014, plaintiff Adobe and defendants eValue and Cates filed a stipulation for the entry of a permanent injunction against the two defendant and dismissal of the entire action with prejudice. Docket No. 27. In the stipulation, the parties for the first time refer to defendant Cates as "Justin Cates ('Cates') through his guardian and conservator." *Id.* at 1. In the stipulation, the parties do not explain why defendant Cates has a guardian and conservator or identify his guardian and conservator. The Court notes that it has never appointed a guardian ad litem in this action for defendant Cates. Accordingly, the Court ORDERS the parties to show cause as to why the permanent injunction should be entered against defendant Cates by **Friday, August 1, 2014**.

**IT IS SO ORDERED.**

Dated: July 22, 2014

SUSAN ILLSTON
United States District Judge

2