IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADOBE SYSTEMS INCORPORATED,<br><br>    Plaintiff,<br><br>    v.<br><br>EVALUESOFTWARE.COM, LLC; JUSTIN CATES,<br><br>    Defendants. | Case No. CV 13-04078 SI<br><br>**ORDER RE: PLAINTIFF'S RESPONSE TO THE COURT'S ORDER TO SHOW CAUSE** |

On May 16, 2014, plaintiff Adobe Systems Inc. ("Adobe") filed a notice of conditional settlement, stating that the parties had reached a settlement in the action. Docket No. 25. In light of the settlement, the Court dismissed the action with prejudice on May 19, 2014. Docket No. 26. On July 10, 2014, plaintiff Adobe and defendants eValuesoftware.com, LLC and Cates filed a stipulation for the entry of a permanent injunction against the two defendants and dismissal of the entire action with prejudice. Docket No. 27. In the stipulation, the parties for the first time referred to defendant Cates as "Justin Cates ('Cates') through his guardian and conservator." *Id.* at 1. In the stipulation, the parties did not explain why defendant Cates has a guardian and conservator or state who is his guardian and conservator. Therefore, on July 22, 2014, the Court ordered the parties to show cause as to why the permanent injunction should be entered against defendant Cates. Docket No. 29.

On August 1, 2014, Adobe filed a response to the Court's order to show cause. Docket No. 30.

The Court has reviewed Adobe's response and finds that its has satisfactorily addressed the Court's concerns regarding defendant Cates. Accordingly, the previously issued permanent injunction shall remain in effect. Docket No. 28.

**IT IS SO ORDERED.**

Dated: August 6, 2014

SUSAN ILLSTON
United States District Judge